# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JARED KRUGER, | Case No. 20-CV-629 (NEB/DTS) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| LELY NORTH AMERICA, INC.; LELY INDUSTRIES N.V.; LELY INTERNATIONAL N.V.; LELY HOLDING B.V.; and MAASLAND N.V., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Jared Kruger and Defendants Maasland N.V., Lely Industries N.V., Lely International N.V., and Lely Holding B.V. and Lely North America, Inc.'s Stipulation to Dismiss Without Prejudice (ECF No. 112). Based on the Stipulation, IT IS HEREBY ORDERED that Defendants Maasland N.V., Lely Industries N.V., Lely International N.V., and Lely Holding B.V. are dismissed without prejudice.

Dated: May 5, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge