IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **JARED KRUGER, MARK VAN ESSEN, LYNN KIRSCHBAUM, DONNA and ROBERT KOON, and SCHUMACHER DAIRY FARMS OF PLAINVIEW LLC**, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>**LELY NORTH AMERICA, INC.** | Case No. 0:20-cv-00629-KMM/DTS |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS**

Plaintiffs Jared Kruger, Mark Van Essen, Lynn Kirschbaum, Donna and Robert Koon, and Schumacher Dairy Farms of Plainview LLC, on behalf of themselves and all others similarly situated, move for entry of an order preliminarily approving the proposed settlement, directing notice of the proposed class action settlement in the above-captioned litigation, the scheduling of a hearing to consider final approval of the settlement. Defendants do not oppose this motion.

In support of their motion, Plaintiffs submit a memorandum of law and the Declaration of Patrick J. Stueve and its supporting exhibits, which include the Settlement Agreement. For the reasons set forth in their memorandum and accompanying papers, Plaintiffs respectfully request that the Court enter the proposed order submitted herewith. The capitalized terms in this motion and the accompanying memorandum have the meaning set forth in the Settlement Agreement.

Dated: November 21, 2022

        Respectfully submitted,

        /s/ Patrick J. Stueve
        Patrick J. Stueve (*pro hac vice*)
        Bradley T. Wilders (*pro hac vice*)
        Jillian R. Dent (*pro hac vice*)
        **STUEVE SIEGEL HANSON LLP**
        460 Nichols Rd Suite 200
        Kansas City, Missouri 64113
        816-714-7100 (telephone)
        stueve@stuevesiegel.com
        wilders@stuevesiegel.com
        dent@stuevesiegel.com

        William R. Sieben (MBN 0100808)
        Matthew J. Barber (MBN 0397240)
        **SCHWEBEL GOETZ & SIEBEN**
        5120 IDS Center
        80 S. 8th Street, #5120
        Minneapolis, MN 55402-246
        (612) 344-0305 (telephone)
        bsieben@schwebel.com
        mbarber@schwebel.com

        Arend R. Tensen (*pro hac vice*)
        **CULLENBERG & TENSEN, PLLC**
        199 Heater Road, Suite 2
        Lebanon, NH 03766
        (603) 448-7100 (telephone)
        tensen@nhvt-injurylaw.com

        Daniel C. Perrone (*pro hac vice*)
        **PERRONE LAW PLLC**
        2136 Victory Boulevard
        Staten Island, New York 10314
        (646) 470-9244 (telephone)
        dcp@theperronefirm.com

        ***Counsel for Plaintiff***
        ***and the Proposed Class***